UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-297-JGB-KKx** | Date: | November 23, 2020 |
|---|---|---|---|
| Title: | Raul Enrique Garcia Martinez v. Warren Stanley, et al. | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER**

On November 9, 2020, Defendant Kyle Bush filed a Motion to Compel Plaintiff to Provide Responses to Interrogatories and for Award of Costs ("Motion"). Dkt. 38. Plaintiff has not filed an opposition, which the Court deems consent to the granting of the Motion. See Local Rule 7-12. The Court having considered Defendant's motion, Plaintiff's failure to file an opposition, and finding good cause, IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1. Plaintiff shall provide responses to Defendant's interrogatories, without objection, no later than 30 days after the issuance of this order; and

2. Plaintiff shall also pay to Defendant the reasonable attorney's fees in the amount of $330.00 no later than 30 days after the issuance of this order.